**IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT**

ANTHONY J. HAMPTON,   )
            )
    Plaintiff/appellant, )
            )
v.            )
            )  Case No. 21-3218
BAKERY, CONFECTIONERY &  )
TOBACCO WORKERS AND GRAIN )
MILLERS INTERNATIONAL UNION )
OF AMERICA, LOCAL 218, AFL-CIO, )
            )
    Defendant/appellee. )
            )

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Pursuant to 10th Cir. Rule 27.6, the appellant, Anthony J. Hampton, moves the Court for an extension of time of 15 days, to and including February 2, 2022, in which to file his opening brief. In support of this motion, the plaintiff shows the Court the following:

1. The appellant's opening brief is due on January 18, 2022, and this is the appellant's first request for an extension of time as to this deadline.

2. Appellant's counsel will not be able to complete the opening brief by January 18, 2022, because of engagement in other litigation, including the following: (1) Bruce v. Governor Kelly, et al, Case No. 124,415-S in the Kansas Supreme Court (prepare brief on a certified question from the United States District Court of Kansas); (2) Overfield v. State of Kansas, Case No. 21-04093-JWB-KGG in the United States District Court of Kansas (prepare complaint); (3) Ortiz v. Bank of Labor, Case No. 21-23216-JAR-KGG in the United States District Court of Kansas

1

(participate in mediation); and (4) <u>Waggoner v. Frito-Lay</u>, Case No. 20-4086-JWB-KGG in the

United States District Court of Kansas (prepare memorandum in opposition to defendant's motion

for summary judgment).

       3.      The appellee does not oppose the appellant's request for an extension of time.

For these reasons, the court should grant the appellant an extension of time of 15 days, to

and including February 2, 2022, in which to file his opening brief.

Respectfully Submitted,

SLOAN, EISENBARTH, GLASSMAN
 McENTIRE & JARBOE, L.L.C.

BY:  */s/ Alan V. Johnson*
      Alan V. Johnson, KS #9992
      ajohnson@sloanlawfirm.com
      534 South Kansas Avenue, Ste. 1000
      Topeka, Kansas  66603-3456
      (785) 357-6311
      (785) 357-0152 facsimile
      *Attorneys for Appellant*

CERTIFICATE OF SERVICE

I hereby certify on the 18th day of January, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record:

Michael E. Amash
Samantha L. Groark
753 State Avenue, Suite 475
Kansas City, Kansas  66101
mea@blake-uligh.com
slg@glake-uligh.com
ATTORNEYS FOR DEFENDANT

/s/ Alan V. Johnson
Alan V. Johnson, KS #9992
Sloan, Eisenbarth, Glassman,
 McEntire & Jarboe, L.L.C.
534 S. Kansas Ave., Suite 1000
Topeka, Kansas  66603
Telephone      (785) 357-6311
Fax               (785) 357-0152
ajohnson@sloanlawfirm.com